658 July 9, 2025 No. 605

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

PRIME RESIDENTIAL
and The Frank Estate Apartments,
*Plaintiffs-Respondents,*

*v.*

Vlada NEAL
and all other occupants,
*Defendant-Appellant.*

Washington County Circuit Court
23LT04661; A181541

Theodore E. Sims, Judge.

On appellant's petition for reconsideration filed May 14, 2025. Opinion filed April 30, 2025. 340 Or App 150 (2025) (precedential opinion).

Trevor Robins, for petition.

Before Ortega, Presiding Judge, Lagesen, Chief Judge, and Hellman, Judge.

LAGESEN, C. J.

Reconsideration allowed; former opinion modified and adhered to as modified.

**LAGESEN, C. J.**

Tenant petitions for reconsideration of our recent decision in this matter, *Prime Residential v. Neal*, 340 Or App 150, 153-55, ___ P3d ___ (2025), in which we affirmed the trial court's underlying judgment of eviction. She argues that our decision contains a factual error: It states that the judgment was entered on June 1, when, in fact, the judgment was signed on June 1 but entered on June 5. Tenant is correct on that point. Accordingly, we grant the petition for reconsideration and modify our opinion as noted below to correct that factual error. We nonetheless adhere to our prior decision because the factual error was not material to our reasoning.

First, we correct our statement that "the trial court *entered* a residential eviction judgment on June 1[.]" *Prime Residential*, 340 Or App at 152 (emphasis added). We strike the italicized portion of the quoted sentence and modify it to read "the trial court *signed* a residential eviction judgment on June 1."

Second, we correct our statement that "on June 5, the court issued the notice of restitution[.]" *Id.* We correct the quoted material to read "on June 5, the court entered the residential eviction judgment and issued the notice of restitution[.]"

Those changes accurately reflect the timing of the procedural facts. The changes do not, however, affect the reasoning in our original opinion, so we adhere to it as modified.

Reconsideration allowed, former opinion modified and adhered to as modified.